**Order entered April 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00319-CV

## IN THE INTEREST OF A.B.B., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00832**

## ORDER

This is an appeal from the trial court's February 7, 2020 oral dismissal of appellant's bill of review of a prior order terminating her parental rights. The appeal was filed as an accelerated appeal but is a regular appeal. *See In re L.N.M.*, 182 S.W.3d 470, 473-74 (Tex. App.—Dallas 2006, no pet.).

Because appellate deadlines run from the signing of a final judgment or appealable order, not oral rendition, we questioned our jurisdiction over the appeal and directed appellant to file a letter brief addressing our concern. *See* TEX. R. APP. P. 26.1; *Martinez v. Humble Sand & Gravel, Inc.*, 875 S.W.2d 311, 313 (Tex. 1994) (per curiam). Rather than filing a letter brief, appellant has filed a motion to

abate the appeal to allow the trial court an opportunity to sign a final judgment. Appellant states in the motion that counsel for the State of Texas will file a proposed judgment with the trial court should the motion be granted.

The signing of a judgment after oral rendition is a ministerial act. *See Dunn v. Dunn*, 439 S.W.2d 830, 832 (Tex. 1969). Accordingly, we **GRANT** the motion and **ORDER** the trial court to sign a final judgment **no later than May 26, 2020**. A supplemental clerk's record containing a copy of the judgment shall be filed **no later than May 28, 2020**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Dallas County District Clerk Felicia Pitre; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal shall be reinstated no later than June 5, 2020 and is subject to dismissal without further notice should a final judgment not be signed. *See* TEX. R. APP. P. 42.3(a); *Martinez*, 875 S.W.2d at 313.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE